1  MELINDA HAAG
   United States Attorney
2  MIRANDA KANE
   Chief, Criminal Division
3  THOMAS M. NEWMAN
   Assistant United States Attorney
4      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-6888
       Fax: (415) 436-7234
6      E-Mail: thomas.newman2@usdoj.gov

7  Attorneys for Plaintiff

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,     )    No. CR-12-267-CRB
                                   )
13 |     Plaintiff,                )
                                   )
14 | v.                            )
                                   )    STIPULATION TO CONTINUE
15 |                               )    SENTENCING
   | CLEXTON WARD,                 )
16 |                               )
   |     Defendant.                )
17 |                               )
                                   )
18 |_____)

19
        This matter is scheduled for sentencing on December 5, 2012. The parties stipulate to
20
   continue sentencing until January 23, 2012, at 2:00 pm. The parties agree to this continuance in
21
   order to permit the defendant additional time to review the pre-sentence investigation report and
22
   to prepare for sentencing. In addition, the co-defendant in this case is scheduled to plead guilty
23
   on December 19, 2012. The parties request additional time to discuss and consider whether
24
   Defendant Clexton Ward's sentencing should be re-scheduled to a time that is contemporaneous
25
   with the date set for the co-defendant's sentencing. The basis for the parties' request is that one
26
   of the issues that will be raised at sentencing is a comparison between the two defendants'
27

28

*Stipulation*
*Case No. CR 12-267-CRB*

1  conduct as alleged in the Indictment.  Consequently, rescheduling sentencing until after both pre-
2  sentence investigation reports have been disclosed may be appropriate in this case.
3       The assigned U.S.P.O. consents to this request.

4

5  DATED: November 26, 2012          Respectfully submitted,

6

7                                              MELINDA HAAG
8                                              United States Attorney

9                                                    /s/
10                                             THOMAS M. NEWMAN
                                               Assistant United States Attorney
11                                              Tax Division

12                                                   /s/
13                                             JOHN JORDAN
                                              Attorney for defendant
14                                             Clexton Ward

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation*
*Case No. CR 12-267-CRB*                            -2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-267-CRB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CLEXTON WARD, | ) | |
| Defendants. | ) | |

Good cause appearing therefor, IT IS ORDERED that this matter be continued until January 23, 2012, at 2:00 p.m. for sentencing.

DATED: November 27, 2012

HON. CHARLES R. BREYER
United States District Judge

*Stipulation*
*Case No. CR 12-267-CRB*            -3-